PHILIP NEUER, Appellant, *v.* BECKIE NEUER, Respondent.

*Appeal — judgment of divorce reversed upon the facts and new trial
granted — appeal to Court of Appeals dismissed.*

*Neuer* v. *Neuer*, 213 App. Div. 884, appeal dismissed.
(Submitted November 24, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1925, reversing upon the facts a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial before a jury in an action for divorce.

*James E. Smyth* for appellant.
*Walter R. Hart* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.